Honorable Tiffany M. Cartwright

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                                AT SEATTLE

10   BRYAN LAFLAMME,

11                   Plaintiff,          NO. 3:23-V-CV-06134-TMC

12        vs.                            ORDER OF DISMISSAL

13   STILLWATER INSURANCE COMPANY, a     NOTE ON MOTION CALENDAR:
     foreign corporation,               July 9, 2024
14

15                   Defendant.

16

17        Pursuant to the stipulation of the parties and good cause appearing,

18        IT IS HEREBY ORDERED that all claims asserted by and between the

19   parties to this lawsuit shall be dismissed with prejudice and without costs or fees to

20   any party.

21

22        DATED this 17th day of July, 2024.

23

24                                       _____
                                         Tiffany M. Cartwright
25                                       United States District Judge

ORDER OF DISMISSAL
(3:23-V-CV-06134-TMC) - 1

1

2    **Presented By:**

3    LEPLEY LAW FIRM

     */s/ Patrick H. LePley*
4    Patrick H. LePley, WSBA #7071
     3633 136th Place SE, Suite 120
5    Bellevue, WA 98006
     Phone: (425) 641-5353
6    Email: phl@lepleylawfirm.com

7    *Attorney for Plaintiff*

8    **Approved as to Form;**
     **Notice of Presentation Waived:**
9

10   THENELL LAW GROUP, P.C.

     By: */s/ Daniel E. Thenell*
11   Daniel E. Thenell, WSB No. 37297
     6 Centerpointe Dr., Ste 450
12   Lake Oswego, OR 97035
     Phone: (503) 372-6450
13   Email: dan@thenelllawgroup.com

14   *Attorney for Defendant*

15

16

17

18

19

20

21

22

23

24

25

     ORDER OF DISMISSAL
     (3:23-V-CV-06134-TMC) - 2